United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-1746

_____

Elmer Webb, Sr.,      *
     *
       Appellant,      *
     *    Appeal from the United States
      v.      *    District Court for the
     *    Eastern District of Missouri.
Pulitzer Publishing Company; Joseph      *
Pulitzer, IV,      *       [UNPUBLISHED]
     *
       Appellee.      *

_____

Submitted: July 24, 1997

Filed: July 29, 1997

_____

Before McMILLIAN, BEAM, and MORRIS S. ARNOLD, Circuit Judges.

PER CURIAM.

     Elmer Webb, Sr., appeals from the district court's[1] order granting summary judgment against Webb in his age discrimination action filed under Title VII, the Age Discrimination in Employment Act, and state law. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court's rulings were

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

clearly correct, and that an opinion would lack precedential value. Accordingly, we affirm. We also deny Webb's pending motions. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.